UNITED STATES DISTRICT COURT
Western District of Virginia
Office of the Clerk
210 Franklin Road, Rm. 540
Roanoke, VA 24011
(540) 857-5100

March 28, 2022

**Kevin M. Ballance** #1106000
BKCC
PO Box 430
Dillwyn, VA 23936

RE:     7:21cv00646 Summons / Copies of Complaint

Mr. Balance,

Enclosed please find six copies of your complaint and the issued summons for Charles T. Rettig, John Koskinen, Nina Bolin, and Maureen Sanders.

 I was unable to issue the proposed summons for The United States Attorney's Office and The Attorney General in Washington, D.C. as they are not complete (no address included).  They are enclosed as well.

Sincerely,
JULIA C. DUDLEY, Clerk of Court

By:_____S. Taylor_____
         Deputy Clerk